Kenneth P. Herzinger (SBN 209688)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7040
Facsimile: (415) 856-7100
kennethherzinger@paulhastings.com

*Attorney for Movants*
FRANCISCO PARTNERS MANAGEMENT, L.P. AND
GOTO TECHNOLOGIES USA, INC.


Brian M. Lutz (SBN 255976)
Jeff Lombard (SBN 285371)
Deena B. Klaber (SBN 285237)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600
San Francisco, CA 94111
Tel: 415.393.8379
Email: BLutz@gibsondunn.com
Email: JLombard@gibsondunn.com
Email: DKlaber@gibsondunn.com

*Attorneys for Movant*
ELLIOTT INVESTMENT MANAGEMENT L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re LastPass Data Security Incident Litigation* | Case No. 3:25-mc-80038<br><br>*[Action Pending as Case No. 1:22-CV-12047-PBS in the United States District Court for the District of Massachusetts]*<br><br>**NOTICE OF MOTION AND JOINT MOTION TO QUASH NON-PARTY SUBPOENAS TO FRANCISCO PARTNERS MANAGEMENT, L.P., GOTO TECHNOLOGIES USA, INC., AND ELLIOTT INVESTMENT MANAGEMENT, L.P.** |

**NOTICE OF MOTION AND MOTION**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL, PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 45, movants Francisco Partners Management, L.P., GoTo Technologies USA, Inc., and Elliott Investment Management L.P. hereby move to quash the subpoenas issued to them on January 13, 2025 by Plaintiffs in the case captioned *In re LastPass Data Security Incident Litigation*, Case No. 1:22-CV-12047-PBS, pending in the United States District Court for the District of Massachusetts.

\* \* \*

Pursuant to Federal Rules of Civil Procedure 26 and 45, non-party subpoena recipients Francisco Partners Management, L.P. ("Francisco Partners"), GoTo Technologies USA, Inc. ("GoTo"), and Elliott Investment Management L.P. ("Elliott Management," and collectively with Francisco Partners and GoTo, the "Non-Parties"), hereby respectfully move this Court to quash the subpoenas issued by Plaintiffs to the Non-Parties on the grounds that the subpoenas request documents that: (1) Plaintiffs already requested from Defendant LastPass, the sole defendant in the litigation, and Defendant should be the first to respond to discovery requests, not Non-Parties; or (2) are irrelevant to Plaintiffs' claims.

Forcing the Non-Parties to respond to these subpoenas before Plaintiffs have even reviewed LastPass' complete production or the Court adjudicates discovery disputes between the parties to the litigation would create an undue burden on the Non-Parties that is disproportional to the needs of this case. This motion is supported by the accompanying memorandum of points and authorities filed herewith.

DATED: February 13, 2025

By: */s/ Kenneth Herzinger*

Kenneth Herzinger (SBN 209688)
**PAUL HASTINGS, LLP**
101 California Street, Forty-Eighth Floor
San Francisco, CA 94111
Tel: (415) 856-7000
Email: kennethherzinger@paulhastings.com

Christopher A. Wiech
Georgia Bar No. 757333
*(Admitted Pro Hac Vice to*
*Case 1:22-CV-12047-PBS (D. Mass.))*
Chelsea Lamb

1      NOTICE OF MOTION AND JOINT
MOTION TO QUASH NON-PARTY
SUBPOENAS

|   |   |
|---|---|
| 1 | Georgia Bar No. 542879 |
| 2 | *(Admitted Pro Hac Vice to Case 1:22-CV-12047-PBS (D. Mass.))* |
|   | **BAKER & HOSTETLER LLP** |
| 3 | 1170 Peachtree Street, Suite 2400 |
| 4 | Atlanta, Georgia 30309-7676 |
|   | Tel. 404.946.9814 |
| 5 | Fax: 404.459.5734 |
|   | Email: cwiech@bakerlaw.com |
| 6 | Email: clamb@bakerlaw.com |

Aaron Charfoos
*(Admitted Pro Hac Vice to Case 1:22-CV-12047-PBS (D. Mass.))*
**PAUL HASTINGS, LLP**
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Tel: (312) 499-6016
Fax: (312) 499-6116
Email: aaroncharfoos@paulhastings.com

Raymond P. Ausrotas
William McGonigle
**ARROWOOD LLP**
10 Post Office Square, 7th Floor South
Boston, Massachusetts 02109
Tel: 617.849.6212
Fax: (617) 849-6201
Email: rausrotas@arrowoodllp.com
Email: wmcgonigle@arrowoodllp.com

*Attorney for Francisco Partners Management, L.P. and GoTo Technologies USA, Inc.*

By:    */s/ Jeff Lombard*

Brian M. Lutz (SBN 255976)
Jeff Lombard (SBN 285371)
Deena B. Klaber (SBN 285237)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center Suite 2600
San Francisco, CA 94111
Tel: 415.393.8379
Email: BLutz@gibsondunn.com
Email: JLombard@gibsondunn.com
Email: DKlaber@gibsondunn.com

*Attorneys for Elliott Investment Management L.P.*

-2- NOTICE OF MOTION AND JOINT MOTION TO QUASH NON-PARTY SUBPOENAS

# **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that they electronically filed the foregoing NOTICE OF MOTION AND JOINT MOTION TO QUASH NON-PARTY SUBPOENAS TO FRANCISCO PARTNERS MANAGEMENT, L.P., GOTO TECHNOLOGIES USA, INC., AND ELLIOTT INVESTMENT MANAGEMENT, L.P. with the Clerk of the Court using the CM/ECF system and served a copy of the same on the following counsel via First Class Mail, postage pre-paid, and e-mail:

Edward F. Haber
Ian McLoughlin
Patrick J. Vallely
SHAPIRO HABER& URMY LLP
One Boston Place, Suite 2600
Boston, MA 02108
ehaber@shulaw.com
imcloughlin@shulaw.com
pvallely@shulaw.com

Amy Keller
James A. Ulwick
DiCELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
akeller@dicellolevitt.com
julwick@dicellolevitt.com

Nathaniel L. Orenstein
Patrick T. Egan
Justin N. Saif
BERMAN TABACCO
One Liberty Square
Boston, MA 02109
norenstein@bermantabacco.com
pegan@bermantabacco.com
jsaif@bermantabacco.com

Christina M. Sarraf
BERMAN TABACCO
425 California Street, Suite 2300
San Francisco, CA 94104
csarraf@bermantabacco.com

Nicholas A. Migliaccio
Jason Rathod
Bryan Faubus
MIGLIACCIO & RATHOD LLP
412 H Street NE, Ste. 302
Washington, DC 20002
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

James J. Pizzirusso
HAUSFELD LLP
888 16th Street, N.W. Suite 300
Washington, D.C. 20006
jpizzirusso@hausfeld.com

Steven M. Nathan
HAUSFELD LLP
33 Whitehall Street Fourteenth Floor
New York, NY 10004
snathan@hausfeld.com

Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington St., Ste 1220
Chicago, IL 60602
tom@attorneyzim.com

Sabita J. Soneji
Cort T. Carlson
TYCKO & ZAVAREEI LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
ssoneji@tzlegal.com
ccarlson@tzlegal.com

Robert C. Schubert
Amber L. Schubert
SCHUBERT JONCKHEER& KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
rschubert@sjk.law
aschubert@sjk.law

Laura Van Note
Cody Bolce
COLE & VAN NOTE
555 12th Street, Suite 2100
Oakland, CA 94607
lvn@colevannote.com
cab@colevannote.com

-3-

NOTICE OF MOTION AND JOINT MOTION TO QUASH NON-PARTY SUBPOENAS

bfaubus@classlawdc.com

Michael R. Reese
REESE LLP
100 West 93rd Street, 16th Floor
New York, NY 10025
mreese@reesellp.com

George V. Granade
REESE LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211
ggranade@reesellp.com

Charles D. Moore
REESE LLP
100 South 5th Street, Suite 1900
Minneapolis, MN 55402
cmoore@reesellp.com

William F. McGonigle, III
Raymond P. Ausrotas
Arrowood LLP
10 Post Office Square, 7th
Floor Boston, MA 02109
wmcgonigle@arrowoodllp.com
rausrotas@arrowoodllp.com

Michael Kind
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Email: mk@kindlaw.com

Marc E. Dann
Brian D. Flick
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
notices@dannlaw.com

Francis A. Bottini, Jr.
Albert Y. Chang
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Ave., Suite 102
La Jolla, CA 92037
fbottini@bottinilaw.com
achang@bottinilaw.com

Christopher A. Wiech
Chelsea M. Lamb
Baker & Hostetler LLP
1170 Peachtree St NE, Suite 2400
Atlanta, GA 30309
cwiech@bakerlaw.com
clamb@bakerlaw.com

This 13th day of February, 2025.

_/s/ Kenneth Herzinger_